UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAMS, | No. 2:14-cv-2187-WBS-EFB |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | |
| Defendant. | |

Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a). *See* ECF No. 3. Accordingly, the request to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a).

DATED: October 24, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE