Etan E. Rosen, Esq. (SBN 173728)
erosen@bprlaw.net
Ralph C. Lee, Esq. (SBN 258608)
rlee@bprlaw.net
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  (916) 369-9750
Facsimile:  (916) 369-9760

Attorneys for Plaintiff,
LAMONT WILLIAMS.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT a.k.a. SMUD; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.:  2:14-CV-02187-WBS-EFB**<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>**(SUBJECT TO COURT APPROVAL)**<br><br>Judge:  Hon. William B. Shubb |

IT IS HEREBY AGREED AND STIPULATED that pursuant to Local Rule 271, the parties hereby jointly request and stipulate that this case be referred to a magistrate judge for an early settlement conference conducted pursuant to the Court's Voluntary Dispute Resolution Program. Upon notice of assignment, the parties will cooperate with the assigned magistrate judge to find a date and time amenable to the court and the parties

-1-

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**
CASE NO.:  2:14-CV-02187-WBS-EFB

for such a conference.

DATED:  6/5/2015            BEYER, PONGRATZ & ROSEN


By:  _____/s/_____
     Ralph C. Lee,
     Attorney for Plaintiff, Lamont Williams


DATED: 6/22/2015            PORTER SCOTT
                            A PROFESSIONAL CORPORATION


By:  _____/s/_____
     David P.E. Burkett
     Attorney for Defendant,
     SACRAMENTO MUNICIPAL UTILITY
     DISTRICT


IT IS SO ORDERED.

Dated:  June 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**BEYER, PONGRATZ & ROSEN**
*3230 Ramos Circle*
*Sacramento, CA  95827*
*(916) 369-9750*

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**
CASE NO.:  2:14-CV-02187-WBS-EFB