Etan E. Rosen, Esq. (SBN 173728)
erosen@bprlaw.net
Ralph C. Lee, Esq. (SBN 258608)
rlee@bprlaw.net
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  (916) 369-9750
Facsimile:  (916) 369-9760

Attorneys for Plaintiff,
LAMONT WILLIAMS.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT a.k.a. SMUD; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.:  2:14-CV-02187-WBS-EFB**<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>**(SUBJECT TO COURT APPROVAL)**<br><br>Judge:  Hon. William B. Shubb |

IT IS HEREBY AGREED AND STIPULATED by and between the parties through their respective counsel, that the Scheduling Order, dated February 11, 2015 be amended to change page 2, line 19, which presently requires the parties to disclosure experts and produce reports by "February 1, 2016," to "February 16, 2016."

Good cause exists in that the parties have verbally stipulated based, because

-1-

Plaintiff's counsel was not proximately aware of the impending date in advance due to a calendaring error, and furthermore, because federal rules allow for expert exchange up to 90 days before trial. (FRCP, § 26(a)(2).)

DATED: 2/1/2016        BEYER, PONGRATZ & ROSEN

By: _____/s/_____
    Ralph C. Lee,
    Attorney for Plaintiff, Lamont Williams

DATED: 2/1/2016        PORTER SCOTT
                       A PROFESSIONAL CORPORATION

By: _____/s/_____
    Chambord V. Benton-Hayes
    Attorney for Defendant,
    SACRAMENTO MUNICIPAL UTILITY
    DISTRICT

IT IS SO ORDERED.

DATED: February 3, 2016.        _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

**BEYER, PONGRATZ & ROSEN**
*3230 Ramos Circle*
*Sacramento, CA 95827*
(916) 369-9750