1  **PORTER | SCOTT**
2  A PROFESSIONAL CORPORATION
   David P.E. Burkett, SBN 241896
3  Chambord Benton-Hayes, SBN 278970
   350 University Avenue, Suite 200
4  Sacramento, California 95825
5  TEL: 916.929.1481
   FAX: 916.927.3706
6  Attorneys for Defendant SACRAMENTO MUNICIPAL UTILITY DISTRICT
7  *Exempt from Filing Fees Pursuant to Government Code § 6103*

8
   Beyer, Pongratz & Rosen
9  Ralph C. Lee, SBN 258608
   3230 Ramos Circle
10 Sacramento, CA 95827
11 TEL: 916.369.9750
   FAX:  916.369.9760
12 Attorney for Plaintiff LAMONT WILLIAMS

13

14     UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

15 | LAMONT WILLIAMS, an individual, | **CASE NO.:  2:14-CV-02187-WBS-EFB** |
16 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR ORDER TO MODIFY SCHEDULING ORDER** |
17 | v. | |
18 | | **(SUBJECT TO COURT APPROVAL)** |
19 | SACRAMENTO MUNICIPAL UTILITY DISTRICT a.k.a. SMUD; and DOES 1 through 20, inclusive, | Complaint Filed: October 24, 2014 |
20 | | |
21 | Defendants. | |

24     Plaintiff LAMONT WILLIAMS ("Plaintiff") and Defendant SACRAMENTO
25 MUNICIPAL UTILITY DISTRICT ("Defendant"), through their respective undersigned
26 counsel, hereby respectfully submit the following Joint Stipulation and (Proposed) Order
27 to Modify the Court's February 12, 2015 Status (Pretrial Scheduling) Order.
28 / / /

{01514386.DOC}                                    1
**JOINT STIPULATION AND [PROPOSED] ORDER FOR ORDER TO MODIFY SCHEDULING ORDER**

(Left margin: **BEYER, PONGRATZ & ROSEN** *3230 Ramos Circle, Sacramento, CA 95827* (916) 369-9750)

**STIPULATION**

WHEREAS, the Court issued a Scheduling Order on February 11, 2015 and filed February 12, 2015 (ECF No. 9), as modified by the district judge's subsequent February 3, 2016 order (ECF No. 16 [modified expert disclosure deadline]);

WHEREAS, the Court's Scheduling Order, dated February 11, 2015, requires the parties to complete fact discovery by March 18, 2016;

WHEREAS, Plaintiff and Defendant diligently pursued fact discovery prior to the agreement to pursue Voluntary Dispute Resolution.  By May 2015, both parties propounded written discovery.  On April 22, 2015, Defendant took the deposition of Plaintiff.

WHEREAS, Plaintiff and Defendant lost time while awaiting the pending Voluntary Dispute Resolution. On May 8, 2015, Plaintiff and Defendant agreed to mediate the case.  On June 11, 2015, Plaintiff and Defendant executed a Stipulation to submit the case to Voluntary Dispute Resolution.  However, by September 2015, the parties were still unable to choose a mediator due to the first two or three draws of mediators not being acceptable to one or both parties.  Then, only by November 19, 2015, were the parties able to coordinate a time for mediation.  On November 19, 2015 the mediation occurred, but no settlement agreement was reached.

WHEREAS, after the unsuccessful mediation, parties continued to diligently pursue discovery, including numerous meet and confer efforts by both parties.  Both parties have propounded additional written discovery and produced additional documents.

WHEREAS, the current Scheduling Order does not allow the parties time to complete discovery.  Plaintiff has requested a number of depositions, which have not been scheduled due to the schedule of Defendant, but which Defendant has repeatedly assured will be forthcoming; and if such depositions are to be scheduled now, they will be scheduled on the eve of the discovery deadline.  Furthermore, Defendant has informed Plaintiff that it will be producing additional responsive documents, which

{01514386.DOC}   2

**JOINT STIPULATION AND [PROPOSED] ORDER FOR ORDER TO MODIFY SCHEDULING ORDER**

*BEYER, PONGRATZ & ROSEN*
*3230 Ramos Circle*
*Sacramento, CA 95827*
*(916) 369-9750*

Plaintiff anticipates will call for additional discovery. Defendant will also be propounding final written discovery. Furthermore, the Parties are continuing to meet and confer regarding responses to written discovery from Plaintiff's Special Interrogatories and Request for Production of Documents, which includes seventy-six separate document requests. Initially, Defendant produced over one-thousand one-hundred forty-three pages of documents. Then, after additional meet and confer efforts, Defendant produced approximately two-hundred pages of additional documents. Upon further meet and confer efforts with a focus on narrowing Plaintiff's document requests, more than one-thousand additional documents will be produced shortly;

WHEREAS, the parties agree that good cause exists to extend all remaining deadlines in the Court's Scheduling Order, dated February 11, 2015 (ECF No. 9), as modified by the district judge's subsequent February 3, 2016 order (ECF No. 16 [modified expert disclosure deadline]), for at least an additional 120 days, as follows:

|  | **Current Date:** | **New Date:** |
|---|---|---|
| Discovery Completion: | March 18, 2016 (p. 2, ln. 25) | July 18, 2016 |
| Rebuttal expert disclosure: | March 1, 2016 (p. 2, ln. 22) | July 1, 2016 |
| Motions hearing cut-off: | April 1, 2016 (p. 3, ln. 9) | August 1, 2016 |
| Final pre-trial conference: | June 6, 2016 (p. 3, ln. 15) | **December 5, 2016 at 1:30 p.m.** |
| Jury Trial: | August 2, 1016 (p. 4, ln. 11) | **February 14, 2017 at 9:00 a.m.** |

DATED:  February 16, 2016          BEYER, PONGRATZ & ROSEN


                                   By:  _____/s/_____
                                        Ralph C. Lee,
                                        Attorney for Plaintiff,
                                        LAMONT WILLIAMS

{01514386.DOC}                          3

**JOINT STIPULATION AND [PROPOSED] ORDER FOR ORDER TO MODIFY SCHEDULING ORDER**

BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750

1  DATED:  February 16, 2016          PORTER SCOTT
2                                      A PROFESSIONAL CORPORATION
3
4
                                       By:  _____/s/_____
5                                            Chambord Benton-Hayes
                                             David P.E. Burkett
6                                            Attorney for Defendant,
                                             SACRAMENTO MUNICIPAL UTILITY
7                                            DISTRICT
8
   IT IS SO ORDERED.
9
   Dated:  February 17, 2016
10
                                       _____
11                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA  95827
(916) 369-9750

{01514386.DOC}                         4
**JOINT STIPULATION AND [PROPOSED] ORDER FOR ORDER TO MODIFY SCHEDULING ORDER**