Beyer, Pongratz & Rosen
Ralph C. Lee, SBN 258608
**rlee@bprlaw.net**
3230 Ramos Circle
Sacramento, CA 95827
916.369.9750
FAX: 916.369.9760
Attorneys for Plaintiff: LAMONT WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAMS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT a.k.a. SMUD; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 2:14-CV-02187-WBS-EFB**<br><br>**ORDER MODIFYING SCHEDULING ORDER TO EXTEND DEADLINES** |

　　　On February 17, 2016, the Court issued a Scheduling Order, (ECF No. 18), setting deadlines as follows:

**Current Date:**

| | |
|---|---|
| Discovery Completion: | July 18, 2016 |
| Rebuttal expert disclosure: | July 1, 2016 |
| Motions hearing cut-off: | August 1, 2016 |
| Final pre-trial conference: | December 5, 2016 |
| Court Trial: | February 14, 2017 |

　　　After reviewing all papers on file in connection with Plaintiff's motion to modify the February 17, 2016, and all other relevant perps in the file in this matter, the Court concludes that there is good cause to modify the order. Accordingly, the Court's

-1-

**[Proposed] Order Modifying Scheduling Order**
CASE NO.: 2:14-CV-02187-WBS-EFB

BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750

February 17, 2016 scheduling order is hereby modified to provide the following amended deadlines:

|  | **Current Date Vacated:** | **New Date:** |
|---|---|---|
| Discovery Completion: | July 18, 2016 | January 18, 2017 |
| Rebuttal expert disclosure: | July 1, 2016 | January 3, 2017 |
| Motions hearing cut-off: | August 1, 2016 | **February. 6, 2017 at 1:30 p.m.** |
| Final pre-trial conference: | December 5, 2016 | **June 5, 2017 at 1:30 p.m.** |
| Jury Trial: | February 14, 2017 | **August 8, 2017 at 9:00 a.m**. |

IT IS SO ORDERED.

Dated:  May 10, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**BEYER, PONGRATZ & ROSEN**
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750

-2-

**[Proposed] Order Modifying Scheduling Order**
CASE NO.:  2:14-CV-02187-WBS-EFB