**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David P.E. Burkett, SBN 241896
Cecilia Guevara, SBN 307159
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

*Exempt from Filing Fee Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAMS, an individual, | CASE NO. 2:14-CV-02187-WBS-DB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT a.k.a. SMUD; and DOES 1 through 20, inclusive, | Complaint Filed: October 24, 2014<br>Trial Date: August 2, 2016 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LAMONT WILLIAMS and Defendant SACRAMENTO MUNICIPAL UTILITY DISTRICT (SMUD), by and through their undersigned counsel, that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

{01580262.DOCX}                                          1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated: August 10, 2016                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By  */s/ David P.E. Burkett*
                                              David P.E. Burkett
                                              Cecilia Guevara
                                              Attorneys for Defendant
                                              SACRAMENTO MUNICIPAL UTILITY
                                              DISTRICT

Dated: August 10, 2016                    BEYER, PONGRATZ, & ROSEN

                                          By  */s/ Etan E. Rosen (as authorized on 08/10/16)*
                                              Etan E. Rosen
                                              Attorney for Plaintiff
                                              LAMONT WILLIAMS

## ORDER

IT IS HEREBY ORDERED that this action and any and all claims for relief are hereby dismissed with prejudice and that each party shall bear its own costs and fees, including attorney's fees.

**IT IS SO ORDERED.**

Dated: August 11, 2016                    _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

{01580262.DOCX}                             2

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**